Jones v. Wickersham (12-14883)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN JONES,

        Plaintiff,                            Civil Action No. 12-cv-14883
                                                 HON. BERNARD A. FRIEDMAN
vs.                                                MAG. JUDGE MICHAEL HLUCHANIUK

ANTHONY WICKERSHAM,
et al.,

        Defendants.
_____/

**MEMORANDUM OPINION AND ORDER**

        This matter is before the Court on Magistrate Judge Michael Hluchaniuk's Report and Recommendation ("R&R") dated July 23, 2013 [docket entry 21], in which he recommends that the Court *sua sponte* dismiss this case pursuant to Fed. R. Civ. P. 41(b). Plaintiff has not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

        The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

        IT IS ORDERED that Magistrate Judge Michael Hluchaniuk's Report and Recommendation dated July 23, 2013, is hereby accepted and adopted.

        IT IS FURTHER ORDERED that the pending motions to dismiss the complaint [docket entries 15 and 18] are denied as moot.

Dated: August 16, 2013                s/ Bernard A. Friedman_____
       Detroit, Michigan                    BERNARD A. FRIEDMAN
                                              SENIOR UNITED STATES DISTRICT JUDGE